# United States Court of Appeals
## For the First Circuit

No. 03-2425

UNITED STATES OF AMERICA,

Appellee,

v.

KEVIN R. HALL,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this court issued January 12, 2006, should be amended as follows:

On page 23, line 23, after "friendship," insert "to provide testimony that they"